UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: FCA US LLC MONOSTABLE
ELECTRONIC GEARSHIFT LITIGATION

MDL No. 2744

Case Number 16-md-02744
Honorable David M. Lawson
Magistrate Judge David R. Grand

_____/

SARAH LALLI,

          Plaintiff,

v.

FCA US LLC,

          Defendant.

Case Number 19-10046

_____/

## JUDGMENT

In accordance with the jury verdict received on September 20, 2022, and the opinion and order entered on August 3, 2023 in the consolidated MDL proceedings (MDL No. 16-2744, ECF No. 901),

It is **ORDERED AND ADJUDGED** that all of the claims brought in this matter individually by plaintiff Sarah Lalli and on behalf of the class of Florida purchasers and owners of the class vehicles, and the complaint filed in the original case, are **DISMISSED WITH PREJUDICE**.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                       United States District Judge

Dated: August 7, 2023